IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| SHENZHENSHIBAIRIHONGMAOYI-YOUXIANGONGSI,<br>　　　　Plaintiff,<br>　v.<br><br>NOVOLUTO GMBH,<br>　　　　Defendant. | )<br>)<br>)<br>)　　Civil Action No. 3:25CV844 (RCY)<br>)<br>)<br>)<br>) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, Defendant's Motion to Expedite Discovery (ECF No. 26) is hereby GRANTED IN PART and DENIED IN PART. Specifically, the Court ORDERS as follows:

Novoluto is hereby AUTHORIZED to serve, and Shenzhenshi ORDERED to respond to, the following discovery:

1. One (1) Rule 30(b)(6) deposition of Shenzhenshi that is not to exceed seven (7) hours;

2. Four (4) interrogatories, specifically Interrogatory No. 1, No. 3, No. 4, and No. 5 as proposed by Novoluto at ECF No. 26-1;

3. One (1) request for production for two physical samples of the Accused Product(s) sold between 2021 and present; and

4. Targeted third-party discovery directed at Amazon only and focused exclusively on identity, sales, proceeds, inventory, and listing control.

The period of limited, expedited discovery shall close on April 6, 2026, and otherwise proceed in accordance with the Federal Rules of Civil Procedure. No additional discovery by either party to this matter is authorized until the parties have conferred in accordance with Rule 26(f) or until further order of this Court. *See* Fed. R. Civ. P. 26(f).

Following the close of the expedited discovery period described herein, Novoluto SHALL file a supplemental brief in support of its Motion for Preliminary Injunction on or before April 13, 2026. Shenzhenshi SHALL file a supplemental brief in opposition to the same on or before April 20, 2026.

Finally, the parties are DIRECTED to jointly contact the Courtroom Deputy for the undersigned to schedule an in-person hearing on Novoluto's Motion for Preliminary Injunction, to occur as soon as practicable after conclusion of the supplemental briefing period.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Date: March 9, 2026
Richmond, Virginia