**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| SHENZHENSHIBAIRIHONGMAOYIYOUXIANGONGSI, | |
| *Plaintiff*, | Case No: 3:25-cv-00844 (RCY) |
| v. | |
| NOVOLUTO GMBH | **JURY TRIAL DEMANDED** |
| *Defendant*. | |

<u>**WAIVER OF ORAL ARGUMENT ON MOTION TO SEAL**</u>

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 7, Novoluto GmbH, who is the

Defendant/Counterclaim-Plaintiff and Movant, hereby waives oral argument on its Motion to Seal.

(ECF No. 46).

Dated: April 4, 2026               Respectfully submitted,

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

*s/ Heather M. Lambert_____*
Heather Lambert (SB No. 79175)
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1021 East Cary Street, Suite 2120
Richmond, VA 23219
Telephone: (804) 533-2900
heather.lambert@nelsonmullins.com

Tammy J. Terry (*pro hac vice*)
tammy.terry@nelsonmullins.com
Lisa E. Margonis (*pro hac vice*)
lisa.margonis@nelsonmullins.com
Erik Janitens (*pro hac vice*)
erik.janitens@nelsonmullins.com
Chance G. Siller (*pro hac vice*)

1

chance.siller@nelsonmullins.com
1111 Bagby Street, Suite 2100
Houston, TX 77002
Telephone: (346) 646-5389

**Attorneys for Defendant/Counterclaim-Plaintiff
Novoluto GmbH**

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served via ECF on all counsel of record registered to receive service via the Court's CM/ECF system.

*/s/ Heather M. Lambert*_____
Heather M. Lambert

2