**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

|  |  |
|---|---|
| SHENZHENSHIBAIRIHONGMAOYIYOUXIANGONGSI, | Case No: 3:25-cv-00844 (RCY) |
| *Plaintiff*, |  |
| v. |  |
| NOVOLUTO GMBH | **JURY TRIAL DEMANDED** |
| *Defendant*. |  |

**NOTICE OF FILING UNDER SEAL**

Defendant and Counterclaim-Plaintiff Novoluto GmbH ("Novoluto") by counsel, under Local Civil Rule 5(C) of the Local Rules of the Eastern District of Virginia, hereby inform Plaintiff and any nonparties that they may submit memoranda in support of or in response to Novoluto's Motion to Seal within seven days after the filing. Any person objecting to the motion must file an objection with the Clerk within seven days of the motion and if no objection is filed in a timely manner, the Court may treat the motion as uncontested.

Dated: April 6, 2026                     Respectfully submitted,

NELSON MULLINS RILEY & SCARBOROUGH LLP

*s/ Heather M. Lambert*
Heather Lambert (SB No. 79175)
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1021 East Cary Street, Suite 2120
Richmond, VA 23219
Telephone: (804) 533-2900
heather.lambert@nelsonmullins.com

1

Tammy J. Terry (*pro hac vice*)
tammy.terry@nelsonmullins.com
Lisa E. Margonis (*pro hac vice*)
lisa.margonis@nelsonmullins.com
Erik Janitens (*pro hac vice*)
erik.janitens@nelsonmullins.com
Chance G. Siller (*pro hac vice*)
chance.siller@nelsonmullins.com
1111 Bagby Street, Suite 2100
Houston, TX 77002
Telephone: (346) 646-5389

***Attorneys for Defendant/Counterclaim-Plaintiff
Novoluto GmbH***

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served via ECF on all counsel of record registered to receive service via the Court's CM/ECF system.

*/s/ Heather M. Lambert*_____
Heather M. Lambert