|  |  |
|---|---|
| SHENZHENSHIBAIRIHONGMAOYIYOUXIANGONGSI, | Case No: 3:25-cv-00844 (RCY) |
| *Plaintiff*, | |
| v. | |
| NOVOLUTO GMBH | **JURY TRIAL DEMANDED** |
| *Defendant*. | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2026, I served the Sealed Memorandum in Support of Emergency Motion to Seal and exhibits (Dkt. 49), which was filed under seal, on all counsel of record by email, as stipulated and agreed by the parties, consistent with Federal Rule of Civil Procedure 5(b). Because the document was filed under seal, service was not accomplished through the Court's CM/ECF system.

Service was made via secure email transmission to counsel of record.

Dated: April 6, 2026            Respectfully submitted,

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

*s/     Heather M. Lambert*
Heather Lambert (SB No. 79175)
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1021 East Cary Street, Suite 2120
Richmond, VA 23219
Telephone: (804) 533-2900
heather.lambert@nelsonmullins.com

Tammy J. Terry (admitted *pro hac vice*)
E-Mail: tammy.terry@nelsonmullins.com
Lisa E. Margonis (admitted *pro hac vice*)

E-Mail: lisa.margonis@nelsonmullins.com
Erik Janitens (admitted *pro hac vice*)
E-Mail: erik.janitens@nelsonmullins.com
1111 Bagby Street, Suite 2100
Houston, TX 77002
Telephone: (346) 646-5389

***Attorneys for Defendant/Counter-Plaintiff
Novoluto GmbH***